# GIBSON DUNN

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/28/2022

March 25, 2022

Direct: +1 212.351.3901
Fax: +1 212.351.5301
GLevin@gibsondunn.com

VIA ECF AND EMAIL [TORRES_NYSDCHAMBERS@NYSD.USCOURTS.GOV]

The Honorable Analisa Torres
United States District Judge
United States District Court for the Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   *Fernandez v. Pinnacle Group NY LLC et al.*, Case No. 1:21-cv-10702-AT

Dear Judge Torres:

We represent Defendants Pinnacle Group NY LLC and Joel Wiener in the above-referenced matter. Defendants write, with Plaintiffs' consent, to respectfully request an adjournment of the telephonic initial pretrial conference, currently scheduled for March 30, 2022, at 11:00 a.m. (Dkt. 28).

Defendants respectfully make this request because their principal trial counsel, Mitchell Karlan, has an unavoidable conflict on March 30. This is Defendants' first request for an adjournment of the initial pretrial conference.

Plaintiffs have consented to the adjournment requested in this letter. We have conferred with Plaintiffs' counsel regarding the parties' availability, and identified April 4 or April 15 (morning only) as alternatives for the conference, subject to the Court's schedule.

We thank Your Honor for your consideration of this request.

Respectfully,

/s/ Gabrielle Levin
Gabrielle Levin

---

GRANTED in part, and DENIED in part. The initial pretrial conference in this matter scheduled for March 30, 2022, is ADJOURNED to **April 7, 2022**, at **10:20 a.m.**

SO ORDERED.

Dated: March 28, 2022
       New York, New York

ANALISA TORRES
United States District Judge