UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EDGAR FERNANDEZ, on behalf of himself, individually, and on behalf of all others similarly-situated,

                Plaintiff,

-against-

PINNACLE GROUP NY LLC, and JOEL WEINER, individually,

                Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/20/2022

21 Civ. 10702 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The Court has reviewed the letter filed by the Service Employees Internal Union, Local 32BJ, (the "Union") on July 14, 2022, requesting leave to file an *amicus brief* on behalf of Plaintiffs asserting that their claims are not preempted by the Union's collective bargaining agreement, and Defendants' response. *See* ECF Nos. 43–44. Accordingly, the Union's request to file an *amicus brief* is GRANTED. By **August 3, 2022**, the Union shall file its brief. By **August 17, 2022**, the parties shall file any response.

    SO ORDERED.

Dated: July 20, 2022
       New York, New York

                                          ANALISA TORRES
                                      United States District Judge