UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EDGAR FERNANDEZ, on behalf of himself, individually, and on behalf of all others similarly-situated,

                Plaintiff,

-against-

PINNACLE GROUP NY LLC, and JOEL WIENER, individually,

                Defendants.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  5/31/2023
```

21 Civ. 10702 (AT)

**ORDER**

ANALISA TORRES, District Judge:

The Court has reviewed the parties' joint letter dated May 30, 2023. ECF No. 75. Accordingly:

1. Plaintiff's request to defer summary judgment briefing is DENIED, and the parties' requests to move for summary judgment are GRANTED.
2. By **July 28, 2023**, the parties shall file their cross-motions for summary judgment.
3. By **August 18, 2023**, the parties shall file their opposition papers.
4. By **September 1, 2023**, the parties shall file their replies, if any.
5. The Court shall refer this matter to the Honorable Valerie Figueredo for settlement in a separate order.
6. The case management conference scheduled for June 6, 2023, is ADJOURNED *sine die*.

SO ORDERED.

Dated: May 31, 2023
       New York, New York

                                    ANALISA TORRES
                             United States District Judge