UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
EDGAR FERNANDEZ et al,

                        Plaintiffs,                        21-CV-10702 (AT)

       -against-                         **ORDER**

PINNACLE GROUP NY LLC et al,

                        Defendants.
------------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

      A pre-settlement conference call in this matter is hereby scheduled for **Wednesday, June 28, 2023, at 3:00 p.m.** Counsel for the parties are directed to call Judge Figueredo's AT&T conference line at the scheduled time.  **Please dial (888) 808-6929; access code [9781335].**

                **SO ORDERED.**

DATED:    New York, New York
              June 12, 2023

_____
VALERIE FIGUEREDO
United States Magistrate Judge