USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __8/28/2023__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x

EDGAR FERNANDEZ, on behalf of himself, individually, and on behalf of all others similarly situated,

          Plaintiff,

vs.

PINNACLE GROUP NY LLC, and JOEL WIENER, individually,

          Defendants,

------------------------------------x

No. 1:21-cv-10702-AT

ECF CASE

## JUDGMENT

**WHEREAS**, Plaintiff Fernando Mercado ("Plaintiff") opted into this action on December 15, 2021 (ECF No. 12);

**WHEREAS**, on August 2, 2023, pursuant to Federal Rule of Civil Procedure 68, Defendants Pinnacle Group NY LLC and Joel Wiener offered to Plaintiff that judgment be taken against them in this action in the amount of Nine Thousand Six Hundred and Twenty-Seven Dollars ($9,627), plus reasonable attorneys' fees and costs incurred to the date of the offer; and

**WHEREAS**, on August 15, 2023, Plaintiff accepted Defendants' Rule 68 offer;

**IT IS HEREBY ORDERED AND ADJUDGED THAT** pursuant to Rule 68, Plaintiff will take judgment against Defendants in this action for the total sum of Nine Thousand Six Hundred and Twenty-Seven Dollars ($9,627), plus reasonable attorneys' fees and costs incurred to the date of the offer (August 2, 2023).

Dated: New York, New York
  __August 28__, 2023

By: _____

Hon. Analisa Torres
United States District Judge