```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/30/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
EDGAR FERNANDEZ, on behalf of himself, individually, and on behalf of all others similarly situated,

                                   Plaintiff,

vs.

PINNACLE GROUP NY LLC, and JOEL WIENER, individually,

                                   Defendants,
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

No. 1:21-cv-10702-AT

**ECF CASE**

## JUDGMENT

      **WHEREAS**, Plaintiff Tony Fernandez ("Plaintiff") opted into this action on May 24, 2022 (ECF No. 38);

      **WHEREAS**, on August 2, 2023, pursuant to Federal Rule of Civil Procedure 68, Defendants Pinnacle Group NY LLC and Joel Wiener offered to Plaintiff that judgment be taken against them in this action in the amount of Fourteen Thousand Two Hundred and Ninety-Nine Dollars ($14,299), plus reasonable attorneys' fees and costs incurred to the date of the offer;

      **WHEREAS,** by email dated August 15, 2023, the parties agreed to extend Plaintiff's deadline to accept Defendants' Rule 68 offer by one week; and

      **WHEREAS**, on August 23, 2023, Plaintiff accepted Defendants' Rule 68 offer;

2

**IT IS HEREBY ORDERED AND ADJUDGED THAT** pursuant to Rule 68, Plaintiff Tony Fernandez will take judgment against Defendants in this action for the total sum of Fourteen Thousand Two Hundred and Ninety-Nine Dollars ($14,299), plus reasonable attorneys' fees and costs incurred to the date of the offer (August 2, 2023).

Dated: New York, New York
    August 30, 2023

By: _____

Hon. Analisa Torres
United States District Judge