UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
EDGAR FERNANDEZ et al,

                Plaintiffs,                              21-CV-10702 (AT)

      -against-                                        **ORDER**

PINNACLE GROUP NY LLC et al,

                Defendants.
------------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

      The settlement conference in this matter is rescheduled for **Monday, October 30, 2023, at 2:15 p.m.** in Courtroom 17-A, United States Courthouse, 500 Pearl Street, New York, New York. Corporate parties must send the person with decision making authority to settle the matter to the conference. The parties are instructed to prepare pre-conference submissions in accordance with the Judge Figueredo's Standing Order Applicable to Settlement Conferences (located at https://www.nysd.uscourts.gov/hon-valerie-figueredo). Pre-conference submissions must be received by the Court no later than **October 23, 2023.**

      **SO ORDERED.**

DATED:    New York, New York
                September 8, 2023

                                                                _____
                                                               VALERIE FIGUEREDO
                                                               United States Magistrate Judge