UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
EDGAR FERNANDEZ et al,

                Plaintiffs,                              21-CV-10702 (AT)

-against-                                  **ORDER**

PINNACLE GROUP NY LLC et al,

                Defendants.
-----------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

      As discussed at the conference, Plaintiff will serve written interrogatories on the property managers. Defendants will have 21 days following the date of service to respond.

      The deadline for the conclusion of fact discovery is extended from **Tuesday, July 2, 2024** to **Friday, August 30, 2024.**

      SO ORDERED.

DATED:    New York, New York
                June 27, 2024

                                                                          VALERIE FIGUEREDO
                                                                         United States Magistrate Judge