

August 26, 2024

Avrohom Gefen
Partner
Main: 516.437.4385 x119
Fax: 516.437.4395
agefen@vmmlegal.com

**VIA ECF**
The Honorable Valerie Figueredo
United States Magistrate Judge
United States District Court for the Southern District of New York
500 Pearl Street
New York, New York 10007

      Re: *Fernandez v. Pinnacle Group NY LLC et al.*
         Case No. 1:21-cv-10702-AT-VF

Dear Judge Figueredo:

  I represent Defendants Pinnacle Group NY LLC and Joel Wiener in the above-referenced matter. I write to advise the Court that the parties have agreed to mediate this matter and we are contacting a private mediator to schedule a mediation. The parties therefore jointly request a stay of all discovery while the mediation is pending. If the mediation does not result in a settlement, then we request that the Court allow 30 days after the mediation to complete the discovery directed by the May 7, 2024 Order. The parties will advise the Court when the mediation is scheduled and whether it results in a settlement.

              Respectfully,

              Avrohom Gefen

The Clerk of Court is respectfully directed to terminate the motion at ECF No. 161.

---

Application Granted

Valerie Figueredo, U.S.M.J.
DATED: 8-28-2024

The parties are directed to provide a joint status update on **Monday, October 28, 2024**.

---

3000 Marcus Avenue, Suite 1E9 • Lake Success, NY 11042 • t. 516.437.4385 • f. 516.437.4395
570 Lexington Avenue, Suite 1600 • New York, NY 10022 • t. 212.759.3500
*Please direct all correspondence and documents to the Lake Success office.*
vmmlegal.com