USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/2/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
EDGAR FERNANDEZ, on behalf of himself,
individually, and on behalf of all others similarly-situated,

                        Plaintiff,

    -against-                                          **JUDGMENT**

PINNACLE GROUP NY LLC,                          Case No. 21-cv-10702-AT-VF
and JOEL WIENER, individually,

                        Defendants.
------------------------------------------------------------------X

        **WHEREAS**, Plaintiff Ony Walquiris Pina Pichardo ("Plaintiff") opted into this action on June 27, 2024 (ECF No. 155);

        **WHEREAS**, on November 13, 2024, Defendants Pinnacle Group NY LLC, and Joel Wiener, individually, offered that Plaintiff take judgment against them in this action pursuant to Federal Rule of Civil Procedure ("Fed. R. Civ. P.") 68 in the amount of Twelve Thousand Dollars and Zero Cents ($12,000.00), inclusive reasonable attorney's fees and with costs and expenses to date of this offer to be paid by Defendants separately, which is in full and final settlement of all of Plaintiff's claims alleged against Defendants in this action; and

        **WHEREAS**, on November 22, 2024, Plaintiff filed her Notice of Acceptance of this offer; it is

        **HEREBY ORDERED AND ADJUDGED** that judgment is entered pursuant to Fed. R. Civ. P. 68 in favor of Plaintiff, as against Defendants jointly and severally, in the amount of Twelve Thousand Dollars and Zero Cents ($12,000.00).

        SO ORDERED, on the 2nd day of December, 2024, New York, New York:

                                                               _____
                                                               The Honorable Analisa Torres, U.S.D.J.