**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
EDGAR FERNANDEZ et al,

                              Plaintiffs,                **21-CV-10702 (AT) (VF)**

                -against-                             **ORDER**

PINNACLE GROUP NY LLC et al,

                              Defendants.
------------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

      As discussed at the conference on February 18, 2025, Plaintiffs are directed to submit a letter indicating Plaintiffs' position on resuming mediation by **Friday, February 28, 2025.**

      SO ORDERED.

DATED:    New York, New York
               February 18, 2025

                                                          _____
                                                           VALERIE FIGUEREDO
                                                           United States Magistrate Judge