**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
EDGAR FERNANDEZ

                                                Plaintiff,              **21-CV-10702 (AT) (VF)**

              -against-                                   **ORDER**

PINNACLE GROUP NY LLC et al,

                                             Defendants.
-----------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

      Pending at ECF No. 168 is Plaintiff's motion for attorney's fees. Defendants have not yet responded. Defendants are directed to file their opposition by **Thursday, May 29, 2025.** Plaintiff is directed to file a reply, if any, by **Thursday, June 4, 2025.**

      **SO ORDERED.**

DATED:    New York, New York
               May 7, 2025

                                                                             VALERIE FIGUEREDO
                                                                             United States Magistrate Judge