# VISHNICK McGOVERN MILIZIO LLP

### ATTORNEYS AT LAW

Avrohom Gefen
Partner
516.437.4385 x119
agefen@vmmlegal.com

May 30, 2025

**VIA ECF**

The Honorable Valerie Figueredo
United States Magistrate Judge
United States District Court for the Southern District of New York
500 Pearl Street
New York, New York 10007

> Re:     *Fernandez v. Pinnacle Group NY LLC et al.*
> *Case No. 1:21-cv-10702-AT*

Dear Judge Figueredo:

I represent Defendants Pinnacle Group NY LLC and Joel Wiener in the above-referenced matter. I write jointly with Plaintiff's counsel with regard to Plaintiff's pending motion for attorneys' fees (ECF Doc. No. 168). The parties are close to a settlement on the subject of this motion only, and jointly request an extension of time to June 30, 2025 for Defendants to file opposition, and until July 7, 2025 for Plaintiffs to file a reply, in the event the settlement is not finalized .

Respectfully,

Avrohom Gefen

---

## MEMO ENDORSED

HON. VALERIE FIGUEREDO
UNITED STATES MAGISTRATE JUDGE

Dated: 6/2/25

The extensions requested herein are GRANTED in part. In the event the settlement is not finalized, Defendants' opposition brief is due **June 23, 2025** and Plaintiff's reply is due **June 30, 2025.**
The Clerk of Court is respectfully directed to terminate the gavel at ECF No. 206.

---

3000 Marcus Avenue, Suite 1E9 • Lake Success, NY  11042 • t. 516.437.4385 • f. 516.437.4395
60 East 42nd St., 47th Fl. • New York, NY 10165 • t. 212.759.3500
vmmlegal.com • Please direct all correspondence to the Lake Success office.