**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
EDGAR FERNANDEZ

                                Plaintiff,                    **21-CV-10702 (AT) (VF)**

              -against-                              **ORDER**

PINNACLE GROUP NY LLC et al,

                            Defendants.
-----------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

      At ECF No. 206, the parties informed the Court they were close to reaching a settlement on Plaintiff's pending motion for attorney's fees and requested an extension of time for Defendants to file an opposition and for Plaintiffs to file a reply in the event the settlement is not finalized. The Court granted an extension to June 23, 2025, for Defendants' opposition. See ECF No. 207. To date, Defendants have not filed an opposition. Therefore, the Court will decide Plaintiff's motion based solely on Plaintiff's submissions.

      **SO ORDERED.**

DATED:    New York, New York
               June 24, 2025

                                                             _____
                                                             VALERIE FIGUEREDO
                                                             United States Magistrate Judge