**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
EDGAR FERNANDEZ

                                Plaintiff,                    **21-CV-10702 (AT) (VF)**

             -against-                           **ORDER**

PINNACLE GROUP NY LLC et al,

                               Defendants.
------------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

On June 30, 2025, Plaintiffs' counsel notified the Court that the parties had reached a settlement on the issue of attorney's fees. See ECF No. 209. Given the parties' agreement, Plaintiff's counsel requested that Plaintiff's motion for attorney's fees be withdrawn. Id. Accordingly, the Clerk of Court is respectfully directed to terminate the motion for attorney's fees at ECF No. 168. The motion is withdrawn.

      **SO ORDERED.**

DATED:      New York, New York
                  July 1, 2025

                                                                _____
                                                                VALERIE FIGUEREDO
                                                                United States Magistrate Judge