**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
EDGAR FERNANDEZ

                                  Plaintiff,                        **21-CV-10702 (AT) (VF)**

              -against-                                 **ORDER**

PINNACLE GROUP NY LLC et al,

                                Defendants.
------------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

On June 30, 2025, the parties notified the Court that they had reached a settlement. See ECF No. 209. Since that date, the parties have not filed a stipulation of dismissal. By **October 24, 2025**, the parties are directed to file a joint status update informing the Court on the status of finalizing the settlement.

        **SO ORDERED.**

DATED:    New York, New York
               October 17, 2025

                                                                VALERIE FIGUEREDO
                                                               United States Magistrate Judge