**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X

EDGAR FERNANDEZ

|   |   |
|---|---|
| Plaintiff, | **21-CV-10702 (AT) (VF)** |
| -against- | **ORDER** |

PINNACLE GROUP NY LLC et al,

Defendants.
------------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

The parties are hereby directed to file a joint update on the status of mediation by

**Monday, February 2, 2026**.

**SO ORDERED.**

DATED:      New York, New York
               January 27, 2026

_____
VALERIE FIGUEREDO
United States Magistrate Judge