USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  5/26/2026_____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
EDGAR FERNANDEZ, on behalf of himself,
individually, and on behalf of all others similarly-situated,

        Plaintiff,

    -against-

PINNACLE GROUP NY LLC,
and JOEL WIENER, individually,

        Defendants.
-------------------------------------------------------------------X

**JUDGMENT**

Case No. 21-cv-10702-AT-VF

**WHEREAS**, Plaintiff Jose Nouel ("Plaintiff Nouel") opted into this action on July 11, 2024 (ECF No. 158);

**WHEREAS**, on May 20, 2026, Defendants Pinnacle Group NY LLC, and Joel Wiener, individually, offered that Plaintiff take judgment against them in this action pursuant to Federal Rule of Civil Procedure ("Fed. R. Civ. P.") 68 in the amount of Seventy-Three Thousand Two Hundred Thirty Dollars and Nineteen Cents ($73,230.29), inclusive of reasonable attorney's fees and costs, which is in full and final settlement of all of Plaintiff Nouel's claims alleged against Defendants in this action; and

**WHEREAS**, on May 20, 2026, Plaintiff Nouel filed his Notice of Acceptance of this offer; it is

**HEREBY ORDERED AND ADJUDGED** that judgment is entered pursuant to Fed. R. Civ. P. 68 in favor of Plaintiff Nouel, as against Defendants jointly and severally, in the amount of Seventy-Three Thousand Two Hundred Thirty Dollars and Nineteen Cents ($73,230.29).

SO ORDERED, on the 26th day of May, 2026, New York, New York:

_____
The Honorable Analisa Torres, U.S.D.J.