USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: ___5/26/2026___

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
EDGAR FERNANDEZ, on behalf of himself,
individually, and on behalf of all others similarly-situated,

           Plaintiff,

-against-                               **JUDGMENT**

PINNACLE GROUP NY LLC,                   Case No. 21-cv-10702-AT-VF
and JOEL WIENER, individually,

           Defendants.
------------------------------------------------------------------------X

     **WHEREAS**, Plaintiff Dennis A. Pagan ("Plaintiff Pagan") opted into this action on July 9, 2024 (ECF No. 156);

     **WHEREAS**, on May 20, 2026, Defendants Pinnacle Group NY LLC, and Joel Wiener, individually, offered that Plaintiff take judgment against them in this action pursuant to Federal Rule of Civil Procedure ("Fed. R. Civ. P.") 68 in the amount of One Hundred Seventeen Thousand Two-Hundred Twelve Dollars and Sixty-Seven Cents ($117,212.67), inclusive of reasonable attorney's fees and costs, which is in full and final settlement of all of Plaintiff Pagan's claims alleged against Defendants in this action; and

     **WHEREAS**, on May 20, 2026, Plaintiff Pagan filed his Notice of Acceptance of this offer; it is

     **HEREBY ORDERED AND ADJUDGED** that judgment is entered pursuant to Fed. R. Civ. P. 68 in favor of Plaintiff Pagan, as against Defendants jointly and severally, in the amount of One Hundred Seventeen Thousand Two-Hundred Twelve Dollars and Sixty-Seven Cents ($117,212.67).

     SO ORDERED, on the 26th day of May, 2026, New York, New York:

                          _____
                          The Honorable Analisa Torres, U.S.D.J.