UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EDGAR FERNANDEZ, on behalf of himself, individually, and on behalf of all others similarly-situated,

Plaintiff,

-against-

PINNACLE GROUP NY LLC, and JOEL WEINER, individually,

Defendants.

| USDC SDNY |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #: _____ |
| DATE FILED:  6/23/2026 |

21 Civ. 10702 (AT)

**ORDER**

ANALISA TORRES, District Judge:

On March 19, 2026, counsel for named-Plaintiff Edgar Fernandez and the eight opt-in Plaintiffs in this Fair Labor Standards Act ("FLSA") action advised the Court that the parties reached a settlement in principle as to six of the opt-in Plaintiffs. *See* ECF No. 221. By order dated March 23, 2026, the Court directed the parties to move for settlement approval under *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199, 206 (2d Cir. 2015). *See* ECF No. 223; *see also id.* at 1 n.1 (noting, however, that the FLSA does not require judicial approval of Rule 58 offers of judgment). On May 26, 2026, the Court entered judgment in favor of five opt-in Plaintiffs. *See* ECF Nos. 242–46. Although the Court set a May 18 deadline for the parties to file their submissions for settlement approval, the sixth opt-in Plaintiff who reached a settlement in principle has not made any filing. *See* ECF No. 226 (setting deadline).

By **August 3, 2026**, the parties shall file a joint status update in this matter as to the pending claims brought by named-Plaintiff Fernandez and the three remaining opt-in Plaintiffs.

SO ORDERED.

Dated: June 23, 2026
        New York, New York

_____
ANALISA TORRES
United States District Judge