USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/24/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EDGAR FERNANDEZ, on behalf of himself, individually, and on behalf of all others similarly-situated,

Plaintiff,

-against-

PINNACLE GROUP NY LLC, and JOEL WEINER, individually,

Defendants.

21 Civ. 10702 (AT)

**ORDER**

ANALISA TORRES, District Judge:

A status report in this matter was due August 20, 2026. *See* ECF No. 249. The Court received no submission. Accordingly, by **September 7, 2026**, the remaining Plaintiffs shall file the status report regarding their claims.

Plaintiffs are advised that failure to prosecute or to comply with Court orders may result in dismissal under Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated: August 24, 2026
New York, New York

ANALISA TORRES
United States District Judge